**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Andrea M. Reinsmith,  Bankruptcy No. 19-13707-amc
          Debtor  Chapter 13

**ORDER**

AND NOW, it is hereby ORDERED and DECREED that the Motion of the above-named Debtor to Extend Time to File Documents is granted and the Debtor has until July 11, 2109 to file the missing documents.

BY THE COURT:

**Date: June 24, 2019**  _____
Ashely M. Chan
United States Bankruptcy Judge