## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Andrea M. Reinsmith<br>　　　　　Debtor(s) | | CHAPTER 13 |
| BANK OF AMERICA, N.A.<br>　　　　　Movant<br>vs.<br>Andrea M. Reinsmith<br>　　　　　Debtor(s) | | NO. 19-13707 AMC |
| Ralph D. Palm Jr.<br>　　　　　Co-Debtor | | 11 U.S.C. Sections 362 and 1301 |
| Scott F. Waterman<br>　　　　　Trustee | | |

### ORDER

AND NOW, this 6th day of Aug, 2019, upon consideration of Movant's Motion for *In Rem* Relief pursuant to 11 U.S.C. § 362 (d)(4)(B) and relief from the co-debtor stay under U.S.C. § 1301 it is hereby:

ORDERED that Movant is hereby granted *in rem* Relief from the Automatic Stay and further that the Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301, are modified with respect to premises 324 Sportsman Road, Wernersville, Pennsylvania 19565 to allow Bank of America, N.A., its servicing agent and its successor in title to proceed in regards to the 324 Sportsman Road, Wernersville, Pennsylvania 19565. It is further:

ORDERED that no future bankruptcy case filed by Debtor, co-mortgagee, their successors, assigns or any occupants, will stay any actions taken by Movant, its successors, assigns or any other legal purchaser at Sheriff's Sale from proceeding with any legal or consensual actions necessary for enforcement of it's right to possession of, or title to, said premises. It is further:

ORDERED that Rule 4001(a)(3) is not applicable and Bank of America, N.A. may immediately enforce and implement this Order granting in rem relief from the automatic stay. It is further:

ORDERED that upon execution and entry of this Order, the requirements specified in both: (1) Fed.

R. Bankr. P. 3002.1(b) regarding Notice of Mortgage Payment Changes and (2) Fed. R. Bankr. P. 3002.1(c) regarding Notice of Post-petition Mortgage Fees, Expenses and Charges are hereby waived, or made inapplicable, during the pendency of the within bankruptcy case. It is further:

ORDERED that the Relief granted by this order shall survive conversion of this bankruptcy case to a case under any other Chapter of the bankruptcy code.

_____
Ashely M. Chan, United States Bankruptcy Judge

Service list Below:

Andrea M. Reinsmith
324 Sportsman Road
Wernersville, PA 19565

Ralph D. Palm Jr.
324 Sportsman Road
Wernersville, PA 19565

Brenna Hope Mendelsohn Esq.
Mendelsohn & Mendelsohn, PC
637 Walnut Street
Reading, PA 19601

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

US Trustee
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106


KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532