United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-13707-amc
Andrea M. Reinsmith                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: John              Page 1 of 1              Date Rcvd: Aug 07, 2019
                              Form ID: pdf900         Total Noticed: 12

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2019.
db             +Andrea M. Reinsmith,    324 Sportsman Road,    Wernersville, PA 19565-9434
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14338872      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,    PO Box 982238,    El Paso, TX 79998)
14342873       +BANK OF AMERICA, N.A. c/o Kevin G. McDonald, Esqui,    KML Law Group, P.C.,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
14364434        Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2019 02:58:45
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 08 2019 02:58:54     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2019 03:02:35      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2019 at the address(es) listed below:
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Andrea M. Reinsmith tobykmendelsohn@comcast.net
              KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Andrea M. Reinsmith<br>　　　　　Debtor(s) | | CHAPTER 13 |
| BANK OF AMERICA, N.A.<br>　　　　　Movant<br>vs.<br>Andrea M. Reinsmith<br>　　　　　Debtor(s) | | NO. 19-13707 AMC |
| Ralph D. Palm Jr.<br>　　　　　Co-Debtor | | 11 U.S.C. Sections 362 and 1301 |
| Scott F. Waterman<br>　　　　　Trustee | | |

## ORDER

AND NOW, this ____ day of _____, 2019, upon consideration of Movant's Motion for *In Rem* Relief pursuant to 11 U.S.C. § 362 (d)(4)(B) and relief from the co-debtor stay under U.S.C. § 1301 it is hereby:

ORDERED that Movant is hereby granted *in rem* Relief from the Automatic Stay and further that the Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. Sections 362 and 1301, are modified with respect to premises 324 Sportsman Road, Wernersville, Pennsylvania 19565 to allow Bank of America, N.A., its servicing agent and its successor in title to proceed in regards to the 324 Sportsman Road, Wernersville, Pennsylvania 19565. It is further:

ORDERED that no future bankruptcy case filed by Debtor, co-mortgagee, their successors, assigns or any occupants, will stay any actions taken by Movant, its successors, assigns or any other legal purchaser at Sheriff's Sale from proceeding with any legal or consensual actions necessary for enforcement of it's right to possession of, or title to, said premises. It is further:

ORDERED that Rule 4001(a)(3) is not applicable and Bank of America, N.A. may immediately enforce and implement this Order granting in rem relief from the automatic stay. It is further:

ORDERED that upon execution and entry of this Order, the requirements specified in both: (1) Fed.

R. Bankr. P. 3002.1(b) regarding Notice of Mortgage Payment Changes and (2) Fed. R. Bankr. P. 3002.1(c) regarding Notice of Post-petition Mortgage Fees, Expenses and Charges are hereby waived, or made inapplicable, during the pendency of the within bankruptcy case. It is further:

ORDERED that the Relief granted by this order shall survive conversion of this bankruptcy case to a case under any other Chapter of the bankruptcy code.

Ashely M. Chan, United States Bankruptcy Judge

Service list Below:

Andrea M. Reinsmith
324 Sportsman Road
Wernersville, PA 19565

Ralph D. Palm Jr.
324 Sportsman Road
Wernersville, PA 19565

Brenna Hope Mendelsohn Esq.
Mendelsohn & Mendelsohn, PC
637 Walnut Street
Reading, PA 19601

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

US Trustee
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106


KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532