United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-13707-amc
Andrea M. Reinsmith                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: BarbaraS    Page 1 of 2    Date Rcvd: Aug 12, 2019
                       Form ID: 152    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2019.
```
db              +Andrea M. Reinsmith,    324 Sportsman Road,    Wernersville, PA 19565-9434
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14338872       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                  (address filed with court:   Bank of America,    PO Box 982238,    El Paso, TX 79998)
14342873        +BANK OF AMERICA, N.A. c/o Kevin G. McDonald, Esqui,    KML Law Group, P.C.,    701 Market Street,
                  Suite 5000,    Philadelphia, PA 19106-1541
14364434         Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
14339935        +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14338874        +Midland Funding,    350 Camino De La Reina S,    San Diego, CA 92108-3007
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 13 2019 03:42:05
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 13 2019 03:42:37     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2019 03:59:54      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14338871        +E-mail/Text: bankruptcy@rentacenter.com Aug 13 2019 03:43:12      Acceptance Now,
                  5501 Headquarters Dr,    Plano, TX 75024-5837
14338873        +E-mail/Text: bankruptcy@cavps.com Aug 13 2019 03:42:33      Cavalry Portfolio Serv,
                  Po Box 27288,    Tempe, AZ 85285-7288
14361052        +E-mail/Text: bankruptcy@cavps.com Aug 13 2019 03:42:33      Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14369884        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 13 2019 04:00:19      Directv, LLC,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14365751        +E-mail/Text: bankruptcydpt@mcmcg.com Aug 13 2019 03:42:15      Midland Funding LLC,
                  PO Box 2011,    Warren, MI 48090-2011
14338875        +E-mail/Text: Supportservices@receivablesperformance.com Aug 13 2019 03:43:00
                  Receivables Performanc,    20816 44th Ave West,    Lynnwood, WA 98036-7744
14365706         E-mail/Text: appebnmailbox@sprint.com Aug 13 2019 03:42:14      Sprint Corp,
                  Attention Bankruptcy,    PO Box 7949,    Overland Park, KS 66207-0949
14339504        +E-mail/PDF: gecsedi@recoverycorp.com Aug 13 2019 03:58:11      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: BarbaraS              Page 2 of 2                   Date Rcvd: Aug 12, 2019
                              Form ID: 152                Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2019 at the address(es) listed below:
          BRENNA HOPE MENDELSOHN    on behalf of Debtor Andrea M. Reinsmith tobykmendelsohn@comcast.net
          KEVIN G. MCDONALD    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
          ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Andrea M. Reinsmith
    Debtor(s)

Case No: 19−13707−amc
Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 10/3/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court