UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                           :

ANDREA M. REINSMITH

                                                    : Chapter 13

Debtor(s)                                : Bankruptcy No. 19-13707AMC

# ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

9/19/19

Ashely M. Chan,
U.S. Bankruptcy Judge